1  G. Dana Scruggs, III (SBN 96152)
   dana@ssfinjurylaw.com
2  SCRUGGS, SPINI, & FULTON
3  2121 41st Avenue, Suite 305
   Capitola, California 95010
4  Telephone: (831) 457-1700

5  John Burton (SBN 86029)
   jb@johnburtonlaw.com
6  THE LAW OFFICES OF JOHN BURTON
7  128 North Fair Oaks Avenue
   Pasadena, California 941103
8  Telephone: (626) 449-8300

9  T. Kennedy Helm, IV (SBN 282319)
   kennedy@helmlawoffice.com
10 HELM LAW OFFICE, PC
11 644 40th Street, Suite 305
   Oakland, California 94609
12 Telephone: (510) 350-7517

13
   *Attorneys for Plaintiffs*
14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16

17

18 | JENNIFER MACKIE and JENNIFER COLLMAN, individually | ) | Case No. 4:19-cv-02096-YGR |
19 |  | ) | **[PROPOSED] FORM OF JUDGMENT REGARDING PLAINTIFFS' ACCEPTANCE OF DEFENDANT O'CONNOR'S FEDERAL RULE OF CIVIL PROCEDURE 68 OFFER OF JUDGMENT** |
   | Plaintiffs, | ) |  |
20 | vs. | ) |  |
21 | COUNTY OF SANTA CRUZ, et al., | ) |  |
22 | Defendants. | ) |  |

# [~~PROPOSED~~] FORM OF JUDGMENT

Plaintiffs Jennifer Mackie and Jennifer Collman ("Plaintiffs"), by and through their undersigned counsel, hereby accept Defendant Peggy O'Connor's ("Defendant") Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Offer"), within the statutory period provided by this Offer, and in exchange for judgment or dismissal of all claims against Defendant. Defendant and Plaintiffs agree to bear their own costs, fees and any other expenses deemed appropriate by the Court. Plaintiffs will remain responsible for all liens and agree to hold harmless Defendant related to any liens.

The Offer is not to be construed in any way as an admission of liability by the Defendant, but rather was made solely for the purpose of compromising a disputed claim.

IT IS SO ORDERED.

DATED: March 20, 2025     By: _____
**HON. YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

Approved as to form:

Dated: March 20, 2025     **SCRUGGS, SPINI, & FULTON**
**THE LAW OFFICES OF JOHN BURTON**
**HELM LAW OFFICE, PC**

/s/ T. Kennedy Helm, IV
T. KENNEDY HELM, IV
Attorneys for Plaintiffs

Dated: March 20, 2025     **FORD, WALKER, HAGGERTY & BEHAR, LLP**

/s/ Ashley Hannagan*
ASHLEY HANNAGAN
Attorneys for Defendant Margaret "Peggy" O'Connor

*Ms. Hannagan consented that this document be filed via CM-ECF.

[~~PROPOSED~~] FORM OF JUDGMENT RE: PLFS.' ACCEPTANCE OF RULE 68 OFFER
*Mackie, et al. v. County of Santa Cruz, et al.*
No. 4:19-cv-02096-YGR